IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**UNITED STATES OF AMERICA,**

v.                                                              CRIM. ACT. NO. 5:25-CR-28
                                                                Judge Bailey

**PAUL J. HARRIS,**

                Defendant.

### ORDER

Pending before this Court is a Motion Regarding Defendant Proceeding *Pro Se* [Doc. 18] and supporting Memorandum [Doc. 18-1], filed June 17, 2025. Therein, defendant affirms his desire to proceed *pro se* in this matter. [Doc. 18 at 1]. Defendant represents his "knowledge as a lawyer enables him to have an appreciation of the charges contained in the indictment, potential penalties, as well as the advantages and disadvantages of self-representation." [Id.]. Defendant further represents he is able to make a clear, unequivocal, knowing, voluntary and intelligent waiver of his right to counsel. [Doc. 18-1 at 2].

A hearing on defendant's Motion was held June 24, 2025. [Doc. 19]. At the hearing, defendant represented he has been practicing law since 1987, and he is aware of the risks of proceeding *pro se*. Defendant also represented he is not currently under the care of any mental health professional, nor is he on any medications which may impact his mental state.

Upon consideration of the Motion, Memorandum and arguments at the hearing, it is clear defendant is able to make a clear, unequivocal, timely, knowing, voluntary and intelligent waiver of counsel. Accordingly, defendant's Motion [**Doc. 18**] is **GRANTED**. Defendant is expected to comply with all deadlines in this matter, and must serve the Government with all filings.

Further, condition 7(g) of defendant's pretrial release [Doc. 9 at 2] is hereby **REMOVED**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein and is further directed to mail a copy to the *pro se* defendant.

**DATED**: June 24, 2025.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE