# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# Wheeling

**UNITED STATES OF AMERICA,**

    v.                                                       **CRIM. ACT. NO. 5:25-CR-28**
                                                              Judge Bailey

**PAUL J. HARRIS,**

        Defendant.

## ORDER

Pending before this Court is United States' Motion to Continue Trial and Pretrial [Doc. 36], filed July 9, 2025.  A hearing on the Motion is now **SCHEDULED** for **July 21, 2025, at 10:00 a.m.**

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein and is further directed to mail a copy to the *pro se* defendant.

**DATED**: July 16, 2025.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE