**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING**

**UNITED STATES OF AMERICA,**

v.   Criminal Action No. 5:25-CR-28
   (BAILEY)

**PAUL J. HARRIS,**

        Defendant.

### UNITED STATES' MOTION TO DISMISS COUNTS 30 THROUGH 34

Comes now the United States of America and Randolph J. Bernard, Acting United States Attorney for the Northern District of West Virginia, by Jarod J. Douglas and Jennifer T. Conklin, Assistant United States Attorneys for said District, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and requests leave of this Court to dismiss Counts 30, 31, 32, 33, and 34 of the Indictment.

WHEREFORE, the government respectfully requests that this Court order that Counts 30 through 34 be dismissed against the defendant without prejudice.

        Respectfully submitted,

        RANDOLPH J. BERNARD
        ACTING UNITED STATES ATTORNEY

By:   /s/ Jarod J. Douglas
      Jarod J. Douglas
      Assistant U. S. Attorney

      and

      /s/ Jennifer T. Conklin
      Jennifer T. Conklin
      Assistant U. S. Attorney

## CERTIFICATE OF SERVICE

I, Jarod J. Douglas, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that on the 23rd day of July 2025, the foregoing UNITED STATES' MOTION TO DISMISS COUNTS 30 THROUGH 34 was electronically filed with the Clerk of the Court using the CM/ECF system and was served on the defendant via facsimile on the same date.

                                        RANDOLPH J. BERNARD
                                      ACTING UNITED STATES ATTORNEY

By:    /s/Jarod J. Douglas
           Jarod J. Douglas
           Assistant U. S. Attorney