# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF WEST VIRGINIA
# AT WHEELING

FILED

AUG 22 2025

U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

UNITED STATES OF AMERICA.

v.

PAUL J. HARRIS.

    Defendant.

Case No. 5:25-CR-28

### DEFENDANT'S RESPONSE TO THE UNITED STATES' MOTION TO DISCLOSE GRAND JURY TRANSCRIPTS AS PART OF A SEALED RESPONSE TO DEFENDANT'S MOTION TO DISMISS [DOC 69]

COMES NOW Defendant, *pro se*, and states he has no objection to the Government's motion to disclose grand jury transcripts as part of a sealed response to his motion to dismiss for grand jury impropriety.

                                Defendant,
                                *Pro se,*

                                /s/ Paul J. Harris
                                Paul J. Harris
                                32 Fifteenth Street
                                Wheeling, WV 26003
                                (304) 232-5300

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF WEST VIRGINIA
### AT WHEELING

UNITED STATES OF AMERICA.

v.

PAUL J. HARRIS.

    Defendant.

Case No. 5:25-CR-28

## CERTIFICATE OF SERVICE

I hereby certify a true, accurate copy of the foregoing *Defendant's Response to the United States' Motion to Disclose Grand Jury Transcripts as Part of a Sealed Response to Defendant's Motion to Dismiss [DOC. 69]* was filed and served via facsimile, this 22nd day of August, 2025 to the following:

Jarod J. Douglas, Esq.
Jennifer T. Conklin, Esq.
Morgan McKee, Esq.
Randolph J. Bernard, Esq.
United States Attorney's Office
PO Box 591
1125 Chapline Street, Ste. 3000
Wheeling, WV 26003
(304) 234-0110 - Fax

/s/ Paul J. Harris
Paul J. Harris