UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

UNITED STATES OF AMERICA,

v.   Case No. 5:25-CR-28

PAUL J. HARRIS,

    Defendant.

FILED
AUG 27 2025
U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

### DEFENDANT'S MOTION TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS INDICTMENT DUE TO GRAND JURY IMPROPRIETY UNDER SEAL

COMES NOW, Defendant, *pro se*, and moves this Honorable Court for an order permitting him to file, under seal, his reply in support of his motion to dismiss indictment due to grand jury impropriety because it contains excerpts of grand jury proceedings.

WHEREFORE, Defendant respectfully requests he be permitted to file his reply memorandum under seal.

Defendant,
*Pro se,*

/s/ Paul J. Harris
Paul J. Harris
32 Fifteenth Street
Wheeling, WV 26003
(304) 232-5300

-1-

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

UNITED STATES OF AMERICA,

v.                                              Case No. 5:25-CR-28

PAUL J. HARRIS,

  Defendant.

**CERTIFICATE OF SERVICE**

I hereby certify a true, accurate copy of the foregoing *Defendant's Motion to File Reply in Support of Motion to Dismiss Indictment Due to Grand Jury Impropriety Under Seal* was filed and served via facsimile, this 27th day of August, 2025 to the following:

Jarod J. Douglas, Esq.
Jennifer T. Conklin, Esq.
Morgan McKee, Esq.
Randolph J. Bernard, Esq.
United States Attorney's Office
PO Box 591
1125 Chapline Street, Ste. 3000
Wheeling, WV 26003
(304) 234-0110

/s/ Paul J. Harris
Paul J. Harris

-2-