IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**UNITED STATES OF AMERICA,**

v.                                            **CRIM. ACT. NO. 5:25-CR-28**
                                                      Judge Bailey

**PAUL J. HARRIS,**

        Defendant.

### ORDER

For the reasons detailed in this Court's Sealed Order [Doc. 81], defendant's Motion to Dismiss Indictment Due to Alleged Grand Jury Impropriety and Request to Make *Ex Parte* Submission to the Court [**Doc. 152**] is **GRANTED**. The remaining counts of the Indictment [**Doc. 1**] are **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein and to the *pro se* defendant.

**DATED**: September 3, 2025.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE